### Commonwealth ex rel. Jenkins, Appellant, *v.* Myers.

Submitted June 14, 1965. *Oscar Jenkins,* appellant, in propria persona; *Morton E. Frankel* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. John, Appellant, *v.* Maroney.

Submitted June 14, 1965. *Earl Rustin John,* appellant, in propria persona; *A. Alfred Delduco,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. Johnson, Appellant, *v.* Russell.

Submitted June 14, 1965. *George Johnson,* appellant, in propria persona; *Clarence C. Newcomer,* First Assistant District Attorney, and *Wilson Bucher,* District Attorney, for appellee.

Order affirmed.